IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN WAYNE FELDMANN,

    Plaintiff,

v.

STATE OF CALIFORNIA,
E.S.P.N., ACCIDENT INSURANCE,
FOOTHILL PRESBYTERIAN HOSPITAL and
FOOTHILL MEDICAL PLAZA (COVINA HOSPITAL),

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-935-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction, as frivolous, and/or for failure to state a claim upon which relief may be granted.

By: _(signature)_ Deputy Clerk      1-3-2013

Peter Oppeneer, Clerk of Court      Date